IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **MELISSA RENEE WOODS,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:19-cv-947-RAS-KPJ |
| § | |
| **KILOLO KIJAKAZI,** § | |
| *Acting Commissioner of Social Security*, § | |
| § | |
| Defendant. § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Plaintiff Melissa Renee Woods ("Ms. Woods") brings this appeal under 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security (the "Commissioner") that denied her claims for disability insurance benefits and supplemental security income. This matter was referred pursuant to 28 U.S.C. § 636. On August 23, 2021, the report of the United States Magistrate Judge (Dkt. #19) was entered containing proposed findings of fact and a recommendation that the final decision of the Commissioner should be affirmed. Ms. Woods filed objections to the Magistrate Judge's report on September 3, 2021 (Dkt. #20). Having made a *de novo* review of the objections raised by the Plaintiff, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the Plaintiff's objections lack merit. Therefore, the court adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the court.

It is, therefore, **ORDERED** that the decision of the Commissioner is **AFFIRMED**.

**IT IS SO ORDERED**.

**SIGNED** this the 29th day of September, 2021.

*Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE